UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, on behalf of themselves and others similarly situated,

        Plaintiffs,

   v.

COOPERATIVE PERSONNEL SERVICES, d/b/a CPS HUMAN RESOURCE SERVICES,

        Defendants.

                              /

NO. CIV. S-09-1253 LKK/KJM

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

    READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

1

1  Pursuant to court order, a Status (Pretrial Scheduling)
2 Conference was held in chambers on August 10, 2009.  Adel A. Nadji
3 and Kelly Swanson appeared as counsel for plaintiffs; Howard B.
4 Golds and Robb D. McFadden appeared as counsel for defendants.
5 After hearing, the court makes the following findings and orders:
6  **SERVICE OF PROCESS**
7  All parties defendant have been served and no further service
8 is permitted except with leave of court, good cause having been
9 shown.
10  **JOINDER OF PARTIES/AMENDMENTS**
11  The plaintiffs may continue to join by filing a notice
12 thereof.
13  **JURISDICTION/VENUE**
14  Jurisdiction is predicated upon 29 U.S.C. § 216(b) is
15 undisputed and is hereby found to be proper, as is venue.
16  **MISCELLANEOUS PROVISIONS**
17  The matter is referred to Magistrate Judge Kimberly J. Mueller
18 to hold a discovery conference.  Magistrate Judge Mueller will set
19 a date and order such documents as she believes necessary, upon
20 completion of the conference.  The parties are to request a further
21 status conference before this court.
22  The parties are reminded that pursuant to Fed. R. Civ. P.
23 16(b), the Status (pretrial scheduling) Order **shall not be modified**
24 **except by leave of court upon a showing of good cause**.  Counsel are
25 cautioned that changes to any of the scheduled dates will
26 necessarily result in changes to all other dates.  Thus, even where

good cause has been shown, the court will not grant a request to change the discovery cutoff date without modifying the pretrial and trial dates.

**Agreement by the parties pursuant to stipulation does not constitute good cause. Nor does the unavailability of witnesses or counsel, except in extraordinary circumstances, constitute good cause.**

The parties are reminded of their continuing obligation to supplement their statements relative to the identification of parent corporations and any publicly held company that owns 10% or more of the party's stock within a reasonable time of any change in the information.

The parties are admonished that they are not to cite or refer to any of the quotations inscribed in the pavers on the front plaza of the United States Courthouse in any written or oral presentation to the court or a jury.

There appear to be no other matters presently pending before the court that will aid the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: August 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT