IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEGGETT, et al.,

    Plaintiffs,                               No. CIV S-09-1253 LKK KJM

    vs.

COOPERATIVE PERSONNEL SERVICES,

    Defendant.                              <u>ORDER</u>

_____/

        By order filed August 12, 2009, this matter was referred to the undersigned for coordination of a discovery conference. Accordingly, IT IS HEREBY ORDERED that within thirty days the parties shall meet and confer under Federal Rule of Civil Procedure 26(f) regarding phasing of discovery and production of electronic and hardcopy discovery. No later than September 25, 2009, the parties shall submit a joint status statement addressing the issues set forth above. Hearing on this matter shall be set as necessary.

DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1