1  HOWARD B. GOLDS, Bar No. 112626
   Howard.Golds@bbklaw.com
2  ROBB D. MCFADDEN, Bar No. 258569
   Robb.McFadden@bbklaw.com
3  BEST BEST & KRIEGER LLP
   3750 University Avenue, Suite 400
4  P.O. Box 1028
   Riverside, California 92502
5  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083
6
7  Attorneys for Defendant
   CPS HUMAN RESOURCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, on behalf of themselves and others similarly situated, | Case No.  2:09-CV-01253-LKK-KJM |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT FRCP § 26(f)  STATEMENT RE DISCOVERY** |
| v. | |
| COOPERATIVE PERSONNEL SERVICES, d/b/a CPS HUMAN RESOURCE SERVICES, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiffs Anthony Leggett, *et al*. ("Plaintiffs"), by their attorney of record Kelly Swanson of Larson King LLP, and Defendant CPS Human Resource Services ("Defendants") by its attorney of record Robb D. McFadden of Best Best & Krieger LLP, that the deadline to file a Joint FRCP 26(f) Statement Re Phasing of Discovery and E-Discovery, currently due on or before September 25, 2009, be continued until October 9, 2009. Although the parties met and conferred by telephone on September 16, 2009, concerning discovery issues, more time is needed to work out a joint discovery plan because Defendants' attorneys are beginning a weeklong trial on another matter.

Dated: September 18, 2009                     Best Best & Krieger LLP


By:   /s/ Robb D. McFadden
      HOWARD B. GOLDS
      ROBB D. MCFADDEN
      Attorneys for Defendant
      CPS HUMAN RESOURCE SERVICES


Dated: September 18, 2009                     Larson King LLP


By:   /s/ Kelly A. Swanson
      T. JOSEPH SNODGRASS
      ANGELA BERANEK BRANDT
      KELLY A. SWANSON
      Attorneys for Plaintiffs
      ANTHONY LEGGETT, et al.

                                       * * *

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED,

The time to file a Joint Status Statement re Phasing of Discovery is continued from September 25, 2009 to October 9, 2009.

_____
U.S. MAGISTRATE JUDGE