IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LEGGETT, et al.,

      Plaintiffs,                                    No. CIV S-09-1253 LKK KJM

     vs.

COOPERATIVE PERSONNEL SERVICES,

      Defendant.                                 ORDER

_____/

        By order filed August 12, 2009, this matter was referred to the undersigned for coordination of the discovery conference. The parties have now submitted a proposed discovery plan including phasing of discovery. Accordingly, IT IS HEREBY ORDERED that:

        1. Discovery of the bellwether plaintiffs shall proceed as set forth in the joint status report filed October 9, 2009. <u>See</u> docket no. 34 at 4:1-5:7. Said discovery shall be completed no later than May 28, 2010.

        2. No later than June 11, 2010, the parties shall submit a joint status statement addressing any further discovery they deem necessary in this action. Based on that statement the court will determine whether to set a status conference.

DATED: October 27, 2009.

006/legget.disphase

                                                    U.S. MAGISTRATE JUDGE

1