Michael M. McShane (CA 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
MMcShane@audetlaw.com
Telephone:  415.568.2555
Facsimile:   415.568.2556

T. Joseph Snodgrass (Pro HacVice)
Angela Beranek Brandt (Pro Hac Vice)
Kelly A. Swanson (Pro Hac Vice)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
jsnodgrass@larsonking.com
abrandt@larsonking.com
kswanson@larsonking.com
Telephone: 651.312.6500
Facsimile:   651.312.6619

Attorneys for Plaintiffs, ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, and OPT-IN PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>COOPERATIVE PERSONNEL SERVICES,<br>d/b/a CPS HUMAN RESOURCES SERVICES,<br>          Defendant. | Case No.:  09-CV-01253 LKK-GGH (TEMP)<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

This matter came before the Court on Plaintiffs' unopposed Request to Seal Documents pursuant to Local Rule 141, Docket No. 55.

1

**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS**
**Case No. 09-CV-01253 LKK-GGH (TEMP)**

After reviewing the Request to Seal Documents and the documents themselves:

**IT IS SO ORDERED THAT:**

1. Documents numbered 1 through 4 (Exhibits A and B to the parties' Settlement Agreement) contain material outlining sensitive and personal data concerning, *inter alia*, individual Plaintiffs' settlement awards.

2. As such, documents numbered 1 through 4 shall be permanently filed under seal with the Court pursuant to Local Rule 141.

Dated:  March 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT