Michael M. McShane (CA 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
MMcShane@audetlaw.com
ANadji@audetlaw.com
Telephone: 415.568.2555
Facsimile:   415.568.2556

T. Joseph Snodgrass (Pro HacVice)
Angela Beranek Brandt (Pro Hac Vice)
Kelly A. Swanson (Pro Hac Vice)
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
jsnodgrass@larsonking.com
abrandt@larsonking.com
kswanson@larsonking.com
Telephone: 651.312.6500
Facsimile:   651.312.6619

Attorneys for Plaintiffs, ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, and OPT-IN PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEGGETT, MICHAEL BORTON, LESANN DORFLER, AIMEE UHLER, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COOPERATIVE PERSONNEL SERVICES, d/b/a CPS HUMAN RESOURCES SERVICES,<br>　　　　Defendant. | Case No.: 09-CV-01253 LKK-GGH (TEMP)<br><br>**ORDER FOR**<br><br>**FINAL JUDGMENT** |

This cause comes before the Court on Plaintiffs' Unopposed Motion for Approval of FLSA Settlement, the memorandum and declaration filed in support thereof, and the applicable law. Having found that the Settlement Agreement meets the applicable criteria for approval, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. Plaintiffs and Defendant Cooperative Personnel Services, d/b/a CPS Human Resources Services ("CPS"), entered into a Settlement Agreement on February 14, 2011.

2. On February 23, 2011, Plaintiffs filed an unopposed Motion for Final Approval of FLSA Settlement.

3. The settlement set forth in the Settlement Agreement is fair, reasonable, adequate, and in the best interests of the Plaintiffs.

4. This Action is dismissed with prejudice.

5. The Plaintiffs are permanently enjoined and barred from commencing or prosecuting any action asserting any of the Settled Claims[1] against any of the Released Parties, either directly, representatively, derivatively, or in any other capacity, whether by a complaint, counterclaim, defense, or otherwise, in any local, state, or federal court, or in any other agency or other authority, tribunal, or forum wherever located.

6. The Named Plaintiffs and Bellwether Plaintiffs are awarded service fees as set forth in the Settlement Agreement. Such awards are made to reimburse these Plaintiffs for their time expended and the risks undertaken on behalf of Plaintiffs as a whole.

7. Plaintiffs' Counsel are awarded attorneys' fees,[2] and reimbursement of

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to them in the parties' Settlement Agreement.

[2] The court wants to make very clear that its approval of the settlement agreement in this case should not be taken as approval of the reasonableness of billable rates plaintiffs' counsel purportedly charges its clients.

2

**[PROPOSED] ORDER FOR FINAL JUDGMENT**
**Case No.: 09-CV-01253 LKK-GGH (TEMP)**

expenses, disbursements, and costs, including mediator's fees, settlement and claims administration fees, in accordance with the terms of the Settlement Agreement.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

SO ORDERED this 11th day of April, 2011.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

---

Rather, the court finds the fee award reasonable solely because it constitutes 30% of the entire settlement award.